UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
PATRICIA ATKINS-PAYNE,

        Plaintiff,                                  REPORT AND
                                                        RECOMMENDATION
  -against-                               19 CV 6398 (RPK)(RML)

POLICE OFFICER MANSOOR ALI, *et al.*,

        Defendants.
--------------------------------------------------------X
LEVY, United States Magistrate Judge:

        Plaintiff *pro se* Patricia Atkins-Payne ("plaintiff") commenced this action on November 9, 2019, asserting claims under 42 U.S.C. § 1983. This case arises from an incident that occurred on or about August 10, 2018, in which police were called to plaintiff's home. (See Complaint, dated Nov. 9, 2019, Dkt. No. 1.)

        By Report and Recommendation dated December 8, 2021, I found that plaintiff had abandoned this case and recommended that it be dismissed for failure to prosecute. (See Report and Recommendation, dated Dec. 8, 2021, Dkt. No. 16.) Plaintiff then failed to appear for a telephone conference before Judge Kovner on January 4, 2022, but she did appear for a rescheduled conference on February 9, 2022, where she expressed a desire to continue prosecuting this case. (See Minute Entries, dated Jan. 4, 2022, Feb. 9, 2022.) As a result, Judge Kovner declined to adopt the Report and Recommendation and referred this case back to me for discovery management. (Minute Entry, dated Feb. 9, 2022.)

        I then scheduled a telephone conference for February 17, 2022, but plaintiff again failed to appear, despite having been notified of the conference by both email and first-class mail. Attempts to reach her by telephone were unsuccessful. (Minute Entry, dated Feb. 17,

2022.) However, plaintiff did appear for a rescheduled telephone conference on March 22, 2022, at which discovery was discussed. (See Minute Entry, dated Mar. 22, 2022.)

Plaintiff again failed to appear for a scheduled telephone conference on May 17, 2022, and attempts to reach her were again unsuccessful. (Minute Entry, dated May 17, 2022.) I cautioned plaintiff that her failure to appear for the next scheduled conference or any future conference "will result in a recommendation that this case be dismissed for failure to prosecute," and I directed defendants' counsel to serve a copy of my order on plaintiff by email and regular mail at the addresses plaintiff previously provided. (Id.)

Plaintiff appeared for the next scheduled conference on June 27, 2022, at which I granted her motion for appointment of counsel but explained that "if counsel has not been found by 8/29/22, plaintiff agrees to -- and will be expected to -- respond to all outstanding discovery requests." (See Minute Entry, dated June 27, 2022.) Plaintiff also appeared for the August 2022 conference (which was rescheduled to August 30, 2022 due to technical problems with the conference line) and agreed to comply with defendants' discovery requests. (See Minute Entry, dated Aug. 30, 2022.) I scheduled the next conference for November 15, 2022.

On September 13, 2022, defendants' counsel filed a status report describing in detail plaintiff's non-compliance with discovery requests and moving for dismissal pursuant to Federal Rules 37 and 41(b). (See Letter of Felix De Jesus, Esq., dated Sept. 13, 2022, Dkt. No. 25.) Judge Kovner referred that motion to me. (See Order, dated Oct. 28, 2022.)

Plaintiff again failed to appear for the scheduled conference on November 15, 2022 or to request an adjournment. Defendants' counsel appeared and stated that he had attempted unsuccessfully to reach plaintiff at least twice in advance of the conference and that substantial discovery responses were still outstanding. (See Minute Entry, dated Nov. 15, 2022.)

2

Plaintiff's last communication, received on November 18, 2022, stated that she had spoken with defendants' attorney and asked him to postpone the court hearing and noted that she was still trying to find counsel "to no avail." (See Letter of Patricia Atkins-Payne, dated Nov. 16, 2022, Dkt. No. 26.) The letter did not offer an explanation for why plaintiff did not appear for the scheduled conference or respond to defendants' discovery requests.

This case has now been pending for over three years, with no progress. Plaintiff has missed numerous court conferences, sometimes with excuses after the fact, but often without any justification before or after. Both the court and defendants' counsel have made efforts to accommodate plaintiff, and she has received many extensions and courtesies, but the court has explained that the case will not be stayed indefinitely while she tries to find an attorney willing to take her case. Nevertheless, she has not responded to defendants' discovery requests, and despite being warned that her failure to attend any conference "will result in a recommendation that this case be dismissed for failure to prosecute," plaintiff did not appear for the conference on November 15, 2022. I am therefore constrained to recommend, once again, that this case be dismissed.

## CONCLUSION

For the reasons stated above, I respectfully recommend that this case be dismissed for lack for prosecution. Any objection to this report and recommendation must be filed with the Clerk of the Court, with courtesy copies to the Honorable Rachel P. Kovner, United States District Judge, and to my chambers, within fourteen (14) days. Failure to file objections within

the specified time period waives the right to appeal the district court's order. See 28 U.S.C. § 636(b)(1); see also FED. R. CIV. P. 72(b), 6(a), 6(d).

Respectfully submitted,

_____/s/_____
ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
February 17, 2023